AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
for the
Western District of New York

United States of America

v.

**CHARLES BARKER**

*Defendant*

Case No. 25-mj-1320

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1

On or about the date of June 17, 2025, in the Western District of New York, the defendant **CHARLES BARKER**, did knowingly and unlawfully attempt to possess with intent to distribute a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), all in violation of Title 21, United States Code, Section 846.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kylabeth Kaz
Special Agent
Drug Enforcement Administration
*Printed name and title*

Sworn to and signed telephonically.

Date: June 17, 2025

_____
*Judge's signature*

HON. JEREMIAH J. MCCARTHY
United States Magistrate Judge
*Printed name and title*

City and State: Buffalo, New York

STATE OF NEW YORK   )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO     )

**KYLABETH KAZ**, being duly sworn, deposes and states

1. I am a Special Agent of the Drug Enforcement Administration ("DEA"), within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18. I have been employed as a Special Agent since 2017 and I am currently assigned to the Buffalo District Office, which is comprised of Special Agents and local law enforcement officers. Prior to my employment with the Drug Enforcement Administration, I was employed as a Border Patrol Agent. During my employment in law enforcement, I have participated in numerous investigations concerning the distribution of narcotics and drug proceeds.

2. This affidavit is being submitted for a limited purpose, that is, a probable cause determination. Therefore, I have not presented all of the facts of this investigation to date. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses. I have set forth only facts that I believe are necessary to establish probable cause to demonstrate that **CHARLES BARKER** has violated Title 21, United States Code, Section 846 (attempt to possess with intent to distribute methamphetamine).

## PROBABLE CAUSE

3. The DEA is investigating **CHARLES BARKER**, who investigators identified as a crystal methamphetamine trafficker operating in Niagara Falls, New York. In 2023 and 2024, DEA and Niagara Falls Police Department (NFPD) debriefed two former confidential

sources who stated that **BARKER** receives drugs from Arizona to his residence in Niagara Falls, New York.

4. Beginning in 2025, the Drug Enforcement Administration (DEA) Buffalo and the United States Postal Inspection Service (USPIS) began coordinating and conducting joint investigations targeting the shipment of narcotics to the Niagara Falls, NY area through the United States Parcel Service ("USPS"). On or about June 13, 2025, USPIS was alerted to the **Subject Parcel** being shipped from Tucson, AZ to Niagara Falls, NY and determined the **Subject Parcel** to list the following sender / recipient information:

- Sender: Jeff Campbell, 300 E. Navajo Rd, Apt 1112, Tucson, AZ 14304
- Recipient: Charles Barker, Apt 2, 133 77th, Niagara Falls, NY 14304

5. USPIS personnel deemed that the **Subject Parcel** exhibited several characteristics consistent with parcels containing narcotics. Accordingly, on June 16, 2025, USPIS investigators sought and obtained a search warrant for the **Subject Parcel**. The same day, investigators executed the search warrant and found approximately 1.5 pounds of suspected crystal methamphetamine inside the **Subject Parcel** in what appeared to be a toy truck:



6. While processing the parcel, investigators tested the substance utilizing a TruNarc, which yielded a positive result for the presence of methamphetamine. DEA Buffalo took custody of the suspected crystal methamphetamine and will send the substance to the DEA Northeast Laboratory for analysis.

7. During the course of the investigation, investigators identified 133 77th St Niagara Falls, NY as a residence utilized by **BARKER**, which was also the intended destination for the **Subject Parcel**. On June 16, 2025, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge for the Western District of New York, signed a search warrant authorizing an anticipatory search of 133 77th St Apt 2 Niagara Falls, NY ("**Target Residence**").

8. On June 16, 2025, investigators established surveillance in the area surrounding the **Target Residence**. Law enforcement replaced the suspected methamphetamine that was seized from the **Subject Parcel** with an uncontrolled substance of similar weight, often referred to as "sham". The **Subject Parcel** was delivered to the **Target Residence** by an undercover law enforcement agent. Investigators observed **BARKER** accept the package from the undercover law enforcement agent. **BARKER** identified himself to the law enforcement agent.

9. The **Subject Parcel** had a transmitter device that alerted investigators when the package was opened, which occurred a few minutes after the delivery. Law enforcement then executed the warrant and called out **BARKER** and Renee Fugate (**BARKER**'s girlfriend). After detaining **BARKER**, investigators cleared the residence then conducted a search of the residence. Law enforcement located the sham methamphetamine in an upstairs office by a window and covered by a confederate flag, still inside the toy truck. During a search of the

residence, investigators located quantities of suspected crystal methamphetamine and cocaine throughout the residence, a shotgun, shotgun shells, digital scales, and an undetermined amount of U.S. currency. Several of the substances were field-tested and returned positive results for methamphetamine and cocaine.

10. After **BARKER** was arrested, he was interviewed by law enforcement. After being provided his *Miranda* warnings, **BARKER** admitted to using methamphetamine, buying methamphetamine in California and transporting it back to New York, and occasionally selling and distributing it to friends at parties. **BARKER** denied any knowledge that the **Subject Parcel** contained controlled substances.

7. WHEREFORE, it is respectfully submitted that probable cause exists to believe that **CHARLES BARKER** violated Title 21, United States Code, Section 846 (attempt to possess with intent to distribute methamphetamine).

_____
KYLABETH KAZ
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this 17th day of June, 2025.

_____
HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge