# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

---

THE UNITED STATES OF AMERICA

-vs-

**CHARLES BARKER**

JULY 2025 GRAND JURY
(Impaneled 7/25/2025)

**INDICTMENT**

**25-CR-**

Violations:

Title 21, United States Code, Sections 846 and 841(a)(1); Title 18, United States Code, Section 922(g)(1)
(4 Counts and 2 Forfeiture Allegations)

### COUNT 1

**(Narcotics Conspiracy)**

**The Grand Jury Charges That:**

From on or about June 11, 2025, to on or about June 17, 2025, in the Western District of New York, and elsewhere, the defendant, **CHARLES BARKER**, did knowingly and willfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

**(Attempt to Possess with Intent to Distribute 50 Grams or More of Methamphetamine)**

**The Grand Jury Further Charges That:**

From on or about June 11, 2025, to on or about June 17, 2025, in the Western District of New York, the defendant, **CHARLES BARKER**, did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 3

**(Possession with Intent to Distribute 50 Grams or More of Methamphetamine)**

**The Grand Jury Further Charges That:**

On or about June 17, 2025, in the Western District of New York, the defendant, **CHARLES BARKER**, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).**

## COUNT 4

**(Felon in Possession of a Firearm and Ammunition)**

**The Grand Jury Further Charges That:**

On or about June 17, 2025, in the Western District of New York, the defendant, **CHARLES BARKER**, knowing that he had previously been convicted on or about April 10, 2012, in County Court, Niagara County, New York, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, namely, one (1) GForce Arms GFY-1 Bullpup Shotgun bearing serial number 714-H22YB-159, and five (5) rounds of 12 gauge ammunition.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

## FIRST FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon conviction of Count 1 of this Indictment, the defendant, **CHARLES BARKER**, shall forfeit to the United States, all his right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violation, including, but not limited to:

**CURRENCY:**

    a.    The approximate sum of twenty-five thousand, eight hundred and twenty-one dollars ($25,821.00), in United States Currency, seized by law enforcement on or about June 17, 2025, in Niagara Falls, New York.

**MONETARY AMOUNT:**

      a.      An amount in United States currency to be determined by the Court, which sum of money is equal to the total amount of proceeds obtained as a result of the offenses for which the defendant, **CHARLES BARKER**, is charged. In the event that the sum is not available, then a forfeiture money judgment for the same amount will be entered against **CHARLES BARKER**.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence,

(b)    has been transferred or sold to, or deposited with, a third person,

(c)    has been placed beyond the jurisdiction of the Court,

(d)    has been substantially diminished in value, or

(e)    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p).**

## SECOND FORFEITURE ALLEGATION

### The Grand Jury Further Alleges That:

Upon conviction of any and all counts of this Indictment, the defendant, **CHARLES BARKER**, shall forfeit to the United States, all his right, title and interest in any firearm and ammunition involved or used in the commission of the offenses, or found in the possession or under the immediate control of the defendant, including but not limited to the following property seized on or about June 17, 2025 in Niagara Falls, New York:

4

**FIREARM AND AMMUNITION:**

 a. One (1) GForce Arms GFY-1 Bullpup Shotgun, and any ammunition contained therein.

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, September 17, 2025

        MICHAEL DIGIACOMO
        United States Attorney

BY: <u>S/MATT I. KASS</u>
   MATT I. KASS
   Assistant United States Attorney
   United States Attorney's Office
   Western District of New York
   138 Delaware Avenue
   Buffalo, New York 14202
   (716) 548-5748
   Matt.Kass@usdoj.gov

A TRUE BILL:

<u>S/FOREPERSON</u>
FOREPERSON